JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA EDMONDS, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>BASSEM F. SAYEGH, an individual; SAMI'S BROTHERS, INC., a California corporation; and Does 1-10,<br><br>    Defendants. | Case No.: 2:20-cv-06117-MWF-KS<br><br>*Hon. Michael W. Fitzgerald*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed:  July 9, 2020<br>Trial Date:    Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Sandra Edmonds' action against Defendants Bassem F. Sayegh and Sami's Brothers Inc. is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated:  July 22, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge